**BILLINGSLEY, County Assessor, et al., v. GULF, C. & S. F. RY. CO.**

No. 17925—Opinion Filed Feb. 8, 1927.

Error from District Court, Love County; Asa E. Walden, Judge.

Action by the Gulf, Colorado & Santa Fe Railway Company against Sam Billingsley, County Assessor, and J. H. Pearce, County Treasurer, of Love County, Okla. Judgment for plaintiff, and defendants appeal. Reversed and remanded.

Wes Croy, County Attorney. B. W. Jones, City Atty. of Marietta, J. H. Hays, and C. C. Wilkins, for plaintiffs in error.

Rainey, Flynn, Green & Anderson and Keller & Cameron, for defendant in error.

PHELPS, J. This cause comes here on appeal from the district court of Love county, which court granted an injunction against the plaintiffs in error, the facts out of which the cause grew being substantially the same and the questions of law presented identical with those involved in cause No. 17907, Atchison, Topeka & Santa Fe Railway Co. v. Ora Long et al., 122 Okla. 86, 251 Pac. 486, in which an opinion by this court was rendered and filed on December 7, 1926, and the reasoning and syllabus of said opinion is hereby adopted as the reasoning and syllabus in this cause, and upon these the judgment of the district court of Love county is hereby reversed and the cause remanded, with instructions to dismiss.

All the Justices concur.